88 F.3d 1064
 319 U.S.App.D.C. 1
 DIAMOND WALNUT GROWERS, INC., Petitioner,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent.
Cannery Workers, Processors, Warehousemen and Helpers, Local
601 and International Brotherhood Of Teamsters, Intervenors.
 No. 95-1075.
 United States Court of Appeals,
District of Columbia Circuit.
 July 11, 1996.
 
 Before WALD, SENTELLE and HENDERSON, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Upon consideration of the petitions for rehearing filed by respondent and intervenors, and of the response thereto, it is
 
 
 2
 ORDERED that the petitions be denied.
 
 
 3
 WALD, Circuit Judge, would grant the petitions.